Commonwealth v. George, Appellant.

Argued April 21, 1947. Before RHODES, P. J., HIRT, RENO, DITHRICH, ROSS and ARNOLD, JJ.

*William M. Kahanowitz,* with him *Edgar T. Hammer,* for appellant.

*Fred B. Trescher,* with him *Rabe F. Marsh, Jr.,* Assistant District Attorney, and *Kunkle, Trescher & Snyder* for appellee.

PER CURIAM, April 24, 1947:

The six judges who heard the argument in this case being equally divided in opinion, the judgment is affirmed.